CORNELIUS P. GEARON, WALTER ANDERSON and ANDREW H. HUBER V. DAVID T. LAYMAN, JR., and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Glennon, Dore and Callahan, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of MANUFACTURERS TRUST COMPANY, as Sole Surviving Substituted Trustee of CHARLES FISHEL, Deceased, and the Application for a Construction of the Will of Said Deceased.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Glennon, Dore and Callahan, JJ.

In the Matter of the Application of MONTIFIORE G. KAHN to Compel THE NATIONAL CITY BANK OF NEW YORK to Proceed with an Arbitration.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with ten dollars costs. Present — O'Malley, Townley, Dore, Cohn and Callahan, JJ.

In the Matter of the Petition of DANIEL SCISCENTE to Revoke Letters of Administration Heretofore Granted to ANGELINA SCISCENTE in the Estate of NICHOLAS SCISCENTE, Deceased.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Glennon, Dore and Callahan, JJ.

ANNA KRAUSE V. BERNARD KRAUSE.— Motion for leave to appeal to the Court of Appeals granted; motion for reargument denied. [See ante, p. 906.] Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK V. SOL SILFAN.— Motion for reargument denied. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

MARY DERLICKA and JOSEPH DERLICKA V. SAMUEL LEO, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals granted; motion for reargument denied. [See ante, p. 215.] Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

ESTHER M. DEVINS V. THOMAS E. MURRAY, JR., as Receiver of Interborough Rapid Transit Company.— Motion for leave to appeal to the Court of Appeals and for a stay denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

HOME OWNERS' LOAN CORPORATION V. IRVING S. SLOMKA.— Motion for leave to appeal to the Court of Appeals or for reargument denied. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.